EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Allan A. Peña Ríos | 2019 TSPR 193 <br><br> 203 DPR _____ |

Número del Caso:  TS-11,445


Fecha:  8 de octubre de 2019


Abogada de la parte peticionaria:

     Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía y la notaría.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*

Allan A. Peña Ríos

**Núm.** TS-11,445

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de octubre de 2019.

Examinada la *Moción urgente en solicitud de reinstalación* presentada por el Sr. Allan Peña Ríos, se autoriza su reinstalación al ejercicio de la abogacía y la notaría.

Se le advierte al licenciado Peña Ríos que su reinstalación al ejercicio de la notaría está sujeta a que presente evidencia sobre el pago de la fianza notarial vigente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo